# HAGENS BERMAN

Nathaniel A. Tarnor    nathant@hbsslaw.com

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
68 3RD STREET, SUITE 249
BROOKLYN, NY 11231

**hbsslaw.com**

(646) 543-4992 phone    (917) 210-3980 fax

January 10, 2023

IT IS SO ORDERED:

*/s/ David N. Hurd*
David N. Hurd
U.S. District Judge

Dated: 1-11-2023

**VIA ECF**

The Honorable David N. Hurd
U.S. District Judge, Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

Re:   *Snow v. Aspen Dental Management Inc.*, No. 1:22-mc-00031-DNH-DJS
      Related to: *Snow et al. v. Align Technology, Inc.*,
      No. 3:21-cv-03269-VC (N.D. Cal.)

Dear Judge Hurd:

I write to provide the Court with an update on the motion to compel against non-party Aspen Dental filed by my client, a Plaintiff in the above-titled matter.

The parties have recently resolved the dispute, and no ruling is required. This matter may be closed.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP


/s/ Nathaniel A. Tarnor

*Attorneys for Plaintiffs*

Cc: All counsel of Record